# Third District Court of Appeal

## State of Florida

Opinion filed July 22, 2015.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D14-2897
Lower Tribunal No. 13-421

————————

**Enzio C. Boffelli,**
Petitioner,

vs.

**Kent Security Services,**
Respondent.

On Writ of Certiorari from the Circuit Court for Miami-Dade County, Stanford Blake, Lisa S. Walsh and Marcia B. Caballero, Judges.

Enzio C. Boffelli, in proper person.

Cole, Scott & Kissane and Kathryn L. Smith, for respondent.

Before WELLS, SALTER and FERNANDEZ, JJ.

WELLS, Judge.

We treat this appeal as a petition for writ of certiorari, <u>see</u> Fla. R.App. P. 9.030(b)(2)(B), and deny the petition because there is no departure from the essential requirements of the law. <u>See</u> <u>Soro Co. Intern., Inc. v. Jones</u> 89 So. 3d 258 (Fla. 3d DCA 2012); <u>Nicaragua Trader Corp. v. Alejo Fla. Props., LLC</u>, 19 So. 3d 395, 396 (Fla. 3d DCA 2009) ("On second-tier certiorari review, this Court must determine whether the circuit court, acting in its appellate capacity, afforded procedural due process and followed the essential requirements of law.").

Certiorari denied.